UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JUAN RODRIGUEZ,<br><br>           Plaintiff,<br>  v.<br>BANK OF AMERICA, *et al.*,<br>           Defendants.<br>_____/ | No. C 11-03839 LB<br><br>**ORDER TRANSFERRING CASE TO SAN JOSE DIVISION** |

On August 3, 2011, Plaintiff, who is *pro se*, filed a complaint asserting claims for quiet title, injunctive relief, and declaratory relief. Complaint, ECF No. 1.[1] All of Plaintiff's claims concern a mortgage for real property located at 1075 S. 12th Street, San Jose, California 95112. *Id.* at 2, ¶ 7.

Under Civil Local Rule 3-2(c), a "civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated." Furthermore, a civil action may be transferred upon motion of the parties or by the court if (1) the action was not assigned to the proper division or (2) if the convenience of the parties and witnesses or the interests of justice will be served by transferring it. Civil L.R. 3-2(h).

The property that is the subject of this suit is located in Santa Clara County. *See generally*,

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-03839 LB
ORDER TRANSFERRING CASE

Complaint, ECF No. 1.  Moreover, this action does not fall within the categories of cases subject to district-wide assignment.  Civ. L.R. 3-2(c).  As a result, this case shall be reassigned to the San Jose Division.

**IT IS SO ORDERED.**

Dated: September 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge