UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN RODRIGUEZ, ) | Case No.: C 11-3839-PSG |
| Plaintiff, ) | **ORDER DIRECTING PLAINTIFF TO SHOW CAUSE** |
| v. ) | |
| BANK OF AMERICA, organized and existing under laws of the United States, RECONTRUST COMPANY, N.A., organized and existing under the laws of the State of Texas, ) | **(Re: Docket No. 19)** |
| Defendants. ) | |

Before the court is Defendants Bank of America and Recontrust Company, N.A.'s ("Defendants") motion to dismiss pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. Defendants correctly allege that pro se plaintiff Juan Rodriguez ("Rodriguez") has not filed an amended to complaint, as directed by the court's November 22, 2011 order granting Defendants' motion to dismiss with leave to amend.[1] Nor has Rodriguez opposed the pending motion to dismiss for failure to prosecute. The court therefore finds good cause to take Defendants' motion to dismiss

---

[1] *See* Docket No. 18 (Order Granting Motion to Dismiss).

under submission. The court further finds this matter appropriate for determination without oral argument.[2]

In order to avoid imminent dismissal of his case, Rodriguez must show cause in writing by February 10, 2012 why this case should not be dismissed with prejudice for failure to prosecute. Failure to respond to the order to show cause by said date will result in dismissal of all claims with prejudice.

**IT IS SO ORDERED.**

Dated: January 27, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[2] *See* Civ. L.R. 7-1(b).

Case No.: 11-3839
ORDER

2